UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KLAUBER BROTHERS, INC.,

        Plaintiff,

v.

TARGET CORPORATION and AFR APPAREL INTERNATIONAL, INC. d/b/a PARISA USA,

        Defendants.

14 Civ. 2125

**OPINION**

The court has learned the parties have reached a settlement in this matter. Accordingly, it is hereby ORDERED that the action is dismissed without prejudice to restoration to the calendar within 30 days of the date of this Order if in fact there has not been a settlement. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

The clerk is requested to close the case.

1

SO ORDERED.

Dated: New York, New York
       September 14, 2015

*Thomas P. Griesa*
Thomas P. Griesa
United States District Judge